UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
RICHLAND DIVISION

| | |
|---|---|
| Kimberley Yates,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Radius Global Solutions, LLC<br>c/o C T Corporation System<br>208 SO Lasalle ST, Suite 814<br>Chicago, IL 60604,<br><br>　　　　　Defendant. | NO: 4:22-cv-5036<br><br>COMPLAINT<br><br>**Jury Demand Requested** |

## JURISDICTION AND VENUE

1- This court has jurisdiction pursuant to 28 U.S.C. §§1331, 1337, 1367; and 15 U.S.C. §1692k(d).

2- Venue is proper because a substantial part of the events giving rise to this claim occurred in this District.

## PARTIES

3- Plaintiff is a resident of the State of Washington.

4- Plaintiff is a "consumer" as defined in the Fair Debt Collection Practices Act, 15 USC 1692 et seq. ("FDCPA").

5- Plaintiff incurred a "Debt" as defined in the FDCPA.

COMPLAINT - 1

LITIGATION PRACTICE GROUP
10900 NE 4th St, Ste. 2300
Bellevue, Washington 98004
Telephone: (425) 215-2295
Facsimile: (425) 609-0066

6- Defendant is a company with its principal office in the State of Minnesota.

7- Defendant acquired the Debt after it was in default.

8- Defendant regularly attempts to collects, or attempts to collect, debts that it acquired after the same were in default.

9- Defendant uses instruments of interstate commerce for its principal purpose of business, which is the collection of debts.

10- At all times relevant, Defendant was a "debt collector" as defined in the FDCPA.

## FACTS COMMON TO ALL COUNTS

11- On or around November 4, 2021, Plaintiff's attorneys sent a letter to Defendant notifying Defendant of Plaintiff's representation.

12- Despite being notified of Plaintiff's representation, Defendant communicated with Plaintiff at least one (1) time thereafter.

13- By communicating with Plaintiff after being notified of their attorney representation, Defendant violated the FDCPA.

14- Defendant damaged Plaintiff.

## COUNT I

15- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

16- Defendant violated 15 USC § 1692c(a)(2) by communicating with a consumer after having notice of attorney representation.

COMPLAINT - 2

LITIGATION PRACTICE GROUP
10900 NE 4th St, Ste. 2300
Bellevue, Washington 98004
Telephone: (425) 215-2295
Facsimile:  (425) 609-0066

## COUNT II

17- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

18- Defendant violated 15 USC § 1692e by engaging in false, deceptive, or misleading methods to collect a debt.

## COUNT III

19- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

20- Defendant violated 15 USC § 1692f by engaging in unfair and/or unconscionable means to collect, or attempt to collect, the Debt.

## JURY DEMAND

21- Plaintiff demands a trial by jury.

## PRAYER FOR RELIEF

22- Plaintiff prays for the following relief:

   a. Judgment against Defendant for Plaintiff's actual damages, as determined at trial, suffered as a direct and proximate result Defendant's violations of the Fair Debt Collection Practices Act, pursuant to 15 U.S.C. §1692k(a)(1);

   b. Judgment against Defendant for $1,000 in statutory damages for Defendant's violations of the Fair Debt Collection Practices Act, pursuant to 15 U.S.C. §1692k(a)(2)(A);

   c. Judgment against Defendant for Plaintiff's reasonable attorneys' fees and costs incurred in this action, pursuant to 15 U.S.C. §1692k(a)(3); and

LITIGATION PRACTICE GROUP
10900 NE 4th St, Ste. 2300
Bellevue, Washington 98004
Telephone: (425) 215-2295
Facsimile:  (425) 609-0066

d. Any other legal and/or equitable relief as the Court deems appropriate.

Respectfully submitted this 15th day of March, 2022.

                        LITIGATION PRACTICE GROUP

                    By: *s/ Peter M. Schneider*
                        Peter M. Schneider, WSBA# 43131
                        Attorney for Plaintiff
                        10900 NE 4th St, Ste. 2300
                        Bellevue, WA 98004
                        Ph: 425-215-2295
                        Fax: 425-609-0066
                        Peter@lpglaw.com

COMPLAINT - 4                                        LITIGATION PRACTICE GROUP
                                                    10900 NE 4th St, Ste. 2300
                                                    Bellevue, Washington 98004
                                                    Telephone: (425) 215-2295
                                                    Facsimile: (425) 609-0066